**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10335 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-02859-RCC-CRP-1 |
| v. | |
| ONECIMO NUNEZ-RODRIGUEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted April 17, 2012[**]

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

Onecimo Nunez-Rodriguez appeals his conviction by guilty plea and

sentence for illegal reentry after deportation in violation of 8 U.S.C. § 1326(a),

with a sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(2).

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Nunez-Rodriguez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Nunez-Rodriguez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is granted.

**AFFIRMED.**

11-10335